UNITED STATES OF AMERICA

                          Plaintiff,

v.                                      Case No.: 1:10–cr–00384–SL

                                      Judge Sara Lioi

                          Defendant.

# SCHEDULING NOTICE

## PLEASE TAKE NOTICE OF THE FOLLOWING:

      Notice as to Frank P. Russo. Status Hearing set for 10/25/2012 at 10:00 AM in Courtroom 530, U.S. District Court, Akron, before Judge Sara Lioi. (P,J)

**PLACE**
United States Courthouse
Federal Building
Two South Main Street
Akron, OH
44308

October 18, 2012

                                            Geri M. Smith, Clerk
                                  Jacqueline J. Porter, Deputy Clerk