# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10CR384 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| FRANK P. RUSSO, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Counsel for the government has filed a motion pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. (Doc. No. 28.) Counsel for the defendant has filed a motion for a hearing on the government's motion. (Doc. No. 46.) Defendant's motion for a hearing is granted. Counsel shall have leave until December 7, 2018 to file a sentencing memorandum.

The Court directs that the United States Marshal for the Northern District of Ohio return the defendant, Frank P. Russo (#56284-060), incarcerated at FMC Devens, to this Court for re-sentencing to be held on **January 3, 2019 at 10:00 a.m.**

**IT IS SO ORDERED**.


Dated: November 14, 2018

                                                **HONORABLE SARA LIOI**
                                                **UNITED STATES DISTRICT JUDGE**