# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10CR384 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| FRANK P. RUSSO, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Counsel for defendant Frank P. Russo has notified the Court of defendant's preference to conduct the re-sentencing hearing, currently scheduled for January 3, 2019 at 10:00 a.m., by video conference rather than in-person. The government has filed a motion to continue the hearing. (Doc. No. 48.) The Court conducted a brief telephone conference with counsel to discuss the rescheduling of the re-sentencing hearing. Due to the unavailability of the Court's courtroom on January 3, 2019, and after review of the government's motion for a continuance, upon agreement of the parties, the re-sentencing hearing is rescheduled to February 21, 2019 at 11:00 a.m. Counsel for the government and counsel for the defendant shall appear in Courtroom 530, U.S. District Court, Akron, for the re-sentencing hearing. The Clerk shall arrange with the Bureau of Prisons to have the defendant appear by video conference.

The Court's prior order directing the United States Marshal for the Northern District of Ohio to return defendant for re-sentencing is vacated.

**IT IS SO ORDERED**.

Dated: December 6, 2018

                                            **HONORABLE SARA LIOI**
                                            **UNITED STATES DISTRICT JUDGE**