IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:10CR384 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK RUSSO, | ) | |
| | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon motion of the United States and for good cause shown, IT IS HEREBY ORDERED that the United States may file a Joint Motion for Protective Order under seal.

_____
HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE

Date:  January 7, 2019